# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
_____ Division

**FILED**
CHARLOTTE, NC
DEC 30 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Shawn S. Winsor

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

United Services Automobile Asscociation (USAA)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-1036-KDB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Shawn S. Winsor |
   | Street Address | 3008 Enfield Rd |
   | City and County | Charlotte Mecklenburg County |
   | State and Zip Code | North Carolina 28205 |
   | Telephone Number | 978-257-9846 |
   | E-mail Address | 07winsor@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Juan C. Andrade
- Job or Title *(if known)*: President and CEO
- Street Address: 9800 Fredericksburg Rd
- City and County: San Antonio  Bexar County
- State and Zip Code: Texas 78288
- Telephone Number: (800) 531-8722
- E-mail Address *(if known)*: corporatedevelopment@usaa.com

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Title I of the Americans with Disabilities Act of 1990 (ADA)
2. Family and Medical Leave Act of 1993

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Plaintiff made formal request to defendant's human resources department requesting reasonable accommodations. Defendant took no actions regarding the formal application and management immediately took intentional adverse actions including an unattainable and unreasonable personal improvement plans, negative reviews, adverse changing work requirements to worsen health, written refusal to allow plaintiff to seek out another position within the company, unwarranted warnings, threatened termination, and threatened further negative actions if I should continue to pursue requesting an accommodation or filing a complaint.

2. Plaintiff contacted defendants' human resources department to formally request FMLA based on an unexpected serious health condition involving plaintiffs immediate family.
This was discussed at length with management prior; as required by company policy.
Management immediately retaliated against the plaintiff and immediately terminated the plaintiff suggesting it was for another reason - which was not factual.

Plaintiff then further retaliated against plaintiff by preventing and interfering with the plaintiff receiving unemployment assistance by directly communicating with the agency and intentionally misinforming them as to the reason for the separation.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Defendant has a significant history of violating employee protected rights and faced various allegations and lawsuits from employees regarding workplace issues, including wrongful termination, retaliation, discrimination, and a toxic corporate culture.
While the defendant has been subject to significant fines and regulatory actions for consumer and compliance violations, the employee-related issues often stem from individual lawsuits and internal accounts rather than broad government penalties.

Plaintiff respectfully requests the court consider the following in terms of the relief requested:

Reinstating the Plaintiff.

Changing and updating company policies regarding reasonable accommodations and FMLA regulations including disability and ADA training for management.

Compensatory damages to cover medical expenses, lost insurance benefits, pain and suffering, and emotional harm or distress. $300,000. in compensatory relief.

After the occasion of the defendants violation of the plaintiffs reasonable accommodation request, defendant advertised, hired, and trained the plaintiffs planned and eventual replacement. Defendant then actively created an adverse workplace. When plaintiff did not voluntarily resign, defendant actively increased the level of harassment and retaliation.

After termination, said defendant's new employee began working for the defendant in the same area and position to which plaintiff was employed. There was zero lost time from the defendant as they had already set plans for an immediate replacement. This acknowledges that the defendant intentionally breached plaintiffs rights without significant losses.

Punitive damages: As deemed appropriate by the court.
Noting the defendant has a significant track record of employment and labor law violations. They actively engaged in malicious and egregious discriminatory practice and actions. The defendant deliberately implements harmful and unlawful policies which are discriminatory and retaliatory.

The plaintiff has been unable to return to work since this event.
While the defendant has applied to over forty companies similar or directly related to the plaintiffs training and experience. The plaintiff is also working directly with medical and social work professionals regarding the disability.

Given the plaintiff fully intended to remain with the employer for at least another six to seven years before eventual retirement. The defendants intentional actions have adversely and permanently affected the plaintiff physically, mentally, and financially.

Financial damages reflect funds projected to have earned if allowed to stay employed and not wrongfully terminated because of the disability. We would also request promotional discrimination which allows claim to salary differences occurring if promoted fairly.
Financial consideration based on monitory damages of lost benefits to include but not limited to lost benefits. 401k earnings, vested earned, vacation time, bonuses, pension, and health care costs. $756,000.00 in punitive relief.

Direct and indirect costs:
Court and litigation claim amount spent litigating the matter.
Compensatory Damages: For out-of-pocket expenses including job search, medical bills, and non-economic harm (ie emotional distress, mental anguish, loss of enjoyment

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/30/2025

Signature of Plaintiff
Printed Name of Plaintiff: Shawn S. Winsor

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Case 3:25-cv-01036-KDB-DCK   Document 1   Filed 12/30/25   Page 7 of 7

Page 7 of 7